IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:12CV180-RLV-DSC

| | |
|---|---|
| KREYENBORG GmbH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PSI-POLYMER SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Admission to Practice Pro Hac Vice for Peter C. Schechter" (document #40) and "Motion for Admission to Practice Pro Hac Vice for Jennifer L. Dereka" (document #41) filed November 29, 2012 requesting admission of attorneys Peter C. Schechter and Jennifer L. Dereka to represent Plaintiff. For the reasons set forth therein, the Motions will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: November 30, 2012

David S. Cayer
United States Magistrate Judge