# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| **KREYENBORG GmbH,**<br>    Plaintiff,<br>    v.<br>**PSI-POLYMER SYSTEMS, INC., GLEN WOODCOCK (in his individual capacity as President and Co-owner),** and **CARLA WOODCOCK (in her individual capacity as Vice President and Co-owner),**<br>    Defendants. | Case 5:12-CV-00180-RLV-DSC |

## ORDER GRANTING JOINT MOTION
## TO DISMISS WITH PREJUDICE

Plaintiff Nordson PPS GmbH, successor to Kreyenborg GmbH, and Defendants PSI-Polymer Systems, Inc., Glenn Woodcock, and Carla Woodcock together having filed their Joint Motion to Dismiss With Prejudice, the parties having resolved and settled their disputes, the Court, having considered the Motion, finds that the Motion should be granted. It is therefore:

ORDERED that the Joint Motion is hereby GRANTED, and this case is DISMISSED WITH PREJUDICE;

1

ORDERED that the Parties shall return or destroy Protected Material they received under the Joint Protective Order within 30 days and certify the same to counsel for the Designating Party[1]; and

The parties shall bear their own attorneys' fees and costs.

Signed: September 8, 2014

Richard L. Voorhees
United States District Judge

---

[1] Counsel for Plaintiff Nordson PPS GmbH, successor to Kreyenborg GmbH, may continue to retain, pursuant to continuing obligations under the Joint Protective Order, the documents bearing production numbers PSI467-PSI473 and PSI479-PSI481.